435 A.2d 635

Buscio et ux., Appellants v. Philadelphia Acceptance Corp.

Philadelphia Acceptance Corp. v. Buscio, Ind. t/a Lou's Pizza, et ux., Appellants.

Petition for Allowance of Appeal Denied Sept. 30, 1981.

Argued June 10, 1980. Edward J. Morris, for appellants; Martin N. Ghen, for appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Orders affirmed.